In the matter of Craig.

---

---

SAME TERM.    *Before the same Justice.*

## In the matter of CRAIG.

Where a trust is created, as to real estate, by the terms of which the trustee is to hold the land to the use of the *cestui que trust,* and to convey the same to such person as the latter shall appoint, the court will not, upon the death of the trustee, · appoint a new one in his place.

*P. J. Joachimssen,* for a *cestui que trust* in a trust concerning real estate, moved upon petition, for the appointment of a trustee, in the place of one who had died.    The petition set out that the trust was that the trustee should hold the land to the use of the *cestui que trust,* and to convey the same to such person as he should appoint.

EDMONDS, J.    Under the 47th section of the article of the revised statutes which relates to uses and trusts, (1 *R. S.* 727,) the *cestui que trust,* being entitled to the actual possession of the land, and to the receipt of the rents and profits, he is to be deemed to have a legal estate therein, of the same quality and duration as his beneficial interest.    It would, therefore, be improper for the court to interfere and grant this petition.    For aught that appears, this trust may have been created for the purpose of enabling an alien to hold real estate, contrary to our statute.

Motion denied.